IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02146-WYD-KLM

HARRY R. FOWLER,

    Plaintiff,

v.

WERNER ENTERPRISES,

    Defendant.

## MINUTE ORDER

### ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX

    The Court is in receipt of several documents that Plaintiff has apparently faxed to the Chambers titled "Plaintiff's Response to Change of Venue," "Defendant's Rule 26(a)(1) Disclosures," and "Plaintiff's Request for Court Appointed Counsel." The Court has forwarded these documents to the Clerk's Office so that they may be properly filed in the above-captioned case. However, in the future, the Court will not forward, or rule on, any documents that are not properly filed with the Clerk of the Court. Plaintiff is directed that he is not to contact Chambers by email or by fax unless specifically directed to do so by the Court. Instead, as explained to Plaintiff during the Scheduling Conference held on December 3, 2008, **Plaintiff must file all documents with the Clerk of the Court, and may do so by faxing the documents to (303)-335-2714, or mailing the documents to: United States District Court, 901 19th St., Denver, Colorado 80294.**

    Further, the Federal Rules of Civil Procedure and the Local Rules of the United States District Court for the District Court for the District of Colorado require that parties to civil litigation file *motions* when they seek relief from the Court. Fed. Rule Civ. Pro. 7(b)(1) ("An application to the court for an order shall be by motion..."); D.C.Colo.L.Civ.R. 7.1C . In the future, the Court will not rule on letters or "requests" seeking relief.

    Dated: December 15, 2008