Case 1:08-cv-02146-WYD-KLM   Document 17   Filed 12/17/2008   Page 1 of 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02146-WYD-KLM

HARRY R. FOWLER,

　　　Plaintiff,

v.

WERNER ENTERPRISES,

　　　Defendant.



## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

　　　A hearing on Defendant's Amended Motion to Transfer Venue, filed November 20, 2008 [#8] shall take place **Wednesday, January 7, 2009, at 2p.m., at 901 19th Street, Courtroom A1002, Denver, Colorado.**

　　　The Court believes a hearing on this motion would be beneficial so that the Court may better understand the accessibility of witnesses and other sources of proof, as well as other factors that the court must weigh in considering a motion to transfer brought pursuant to 28 U.S.C. § 1404(a).

　　　December 17, 2008

-1-